IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   07-cv-01742-LTB-BNB

JACK J. GRYNBERG d/b/a GRYNBERG PETROLEUM COMPANY, individually and on behalf of the class of all others similarly situated,

       Plaintiffs,

v.

GREY WOLF, INC.,
GREY WOLF HOLDINGS COMPANY,
GREY WOLF DRILLING COMPANY, LP.,
GREY WOLF, INC. BOARD OF DIRECTORS, to wit:
FRANK M. BROWN,
WILLIAM T. DONOVAN,
TREVOR M. TURBIDY,
ROBERT E. ROSE,
THOMAS P. RICHARDS,
STEVEN A. WEBSTER, and
WILLIAM R. ZIEGLER, both individually and in their capacity as Directors,

       Defendants.

_____

ORDER
_____

Upon review of the parties pleadings related to Plaintiffs' Motion to Remand Action to State Court, neither party addressed the applicability of the Class Action Fairness Act of 2005, effective on February 18, 2005, which amended the diversity jurisdiction statute at 28 U.S.C. § 1332, related to class action claims based on federal diversity jurisdiction.

Accordingly, it is ORDERED that:

Defendants shall file a brief with this court, addressing the applicability of the Class Action Fairness Act of 2005 to this case and the issue of remand, on or before **Tuesday, October 2, 2007**; and

Plaintiff shall file a response brief with this court **on or before Friday, October 12, 2007**.

Dated: September   12  , 2007 in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock  
                                          LEWIS T. BABCOCK, JUDGE