IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 07-ev-01742-LTB-BNB

JACK J. GRYNBERG d/b/a GRYNBERG PETROLEUM COMPANY, individually and on behalf of the class of all others similarly situated,

        Plaintiffs,

v.

GREY WOLF, INC.,
GREY WOLF HOLDINGS COMPANY,
GREY WOLF DRILLING COMPANY L.P.,
GREY WOLF BOARD OF DIRECTORS, *to wit*:
FRANK M. BROWN,
WILLIAM T. DONOVAN,
TREVOR M. TURBIDY,
ROBERT E. ROSE,
THOMAS P. RICHARDS,
STEVEN A. WEBSTER, and
WILLIAM R. ZIEGLER, both individually and in their capacity as Directors,

        Defendants.

---

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DIRECTOR DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) WITHOUT PREJUDICE**

---

        Jack J. Grynberg, d/b/a Grynberg Petroleum Company (hereinafter "Grynberg," or "Plaintiffs"), on behalf of a class of approximately 200 operators who have contracted with the Defendants during the period from approximately 2002 to present, files his Notice of Dismissal of Certain Defendants Pursuant to F.R.C.P. 41(a)(1)(A)(i) Without Prejudice, namely: the Grey Wolf, Inc. Board of Directors, *to wit*: Frank M. Brown, William T. Donovan, Trevor M. Turbidy, Robert E. Rose, Thomas P. Richards, Steven A. Webster, and William R. Ziegler, both

individually and in their capacity as Directors.

In support of this Notice, Plaintiffs state:

1. Defendants have not filed an Answer or Motion for Summary Judgment in this action.

2. Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs have the right to dismiss this action against the above-identified Defendants without order of court.

3. As stated in F.R.C.P. 41(a)(1)(A)(i), this dismissal is without prejudice.

4. Grynberg specifically <u>does not</u> dismiss the following Defendants: Grey Wolf, Inc., Grey Wolf Holdings Company, and Grey Wolf Drilling Company L.P.

Respectfully submitted this 7th day of December, 2007

By: /s/ Roger A. Jatko
Colorado Consumers Legal Foundation
Roger A. Jatko, CAR# 20346
Michael W. Coriden, CAR# 10168
Prentice Point, Suite 500
5299 DTC Boulevard
Greenwood Village, CO 80111-3321
Telephone: (303) 850-7490
Facsimile: (303) 850-7498
E-mail:  r.jatko@grynberg.com

ATTORNEYS FOR PLAINTIFFS,
individually and on behalf of the class of all others similarly situated.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/BCF system which will send notifications of such filing to the following email addresses:

Geoffrey H. Bracken gbracken@gardere.com
Nancy J. Brown nbrown@gardere.com
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

David B. Wilson david.wilson@hro.com
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203

/s/ Roger A. Jatko