IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   07-cv-01742-LTB-BNB

JACK J. GRYNBERG d/b/a GRYNBERG PETROLEUM COMPANY, individually and on behalf of
the class of all others similarly situated,
            Plaintiffs,

v.

GREY WOLF, INC.,
GREY WOLF HOLDINGS COMPANY,
GREY WOLF DRILLING COMPANY, LP.,
GREY WOLF, INC. BOARD OF DIRECTORS, to wit:
FRANK M. BROWN,
WILLIAM T. DONOVAN,
TREVOR M. TURBIDY,
ROBERT E. ROSE,
THOMAS P. RICHARDS,
STEVEN A. WEBSTER, and
WILLIAM R. ZIEGLER, both individually and in their capacity as Directors,
            Defendants.

_____

ORDER
_____


        Upon Plaintiff's Notice of Dismissal of Certain Director Defendants Pursuant to F.R.C.P.

41(a)(1)(A)(I) Without Prejudice (Doc 29 - filed December 7, 2007), it is

        ORDERED that this action is DISMISSED WITHOUT PREJUDICE against Director

Defendants The Grey Wolf, Inc. Board of Directors, *to wit*: Frank M. Brown, William T. Donovan,

Trevor M. Turbidy, Robert E. Rose, Thomas P. Richards, Steven A. Webster, and William R.

Ziegler, both individually and in their capacity as Directors.

                                BY THE COURT:


                                  s/Lewis T. Babcock
                                LEWIS T. BABCOCK, JUDGE

DATED: December 12, 2007