IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No.  07-cv-01742-LTB

JACK J. GRYNBERG d/b/a GRYNBERG PETROLEUM COMPANY, individually and on behalf of the class of all others similarly situated,

Plaintiffs,

v.

GREY WOLF, INC.,
GREY WOLF HOLDINGS COMPANY, and
GREY WOLF DRILLING COMPANY, L.P.,

Defendants.
_____

# JUDGMENT
_____

PURSUANT TO and in accordance with the Order entered by the Honorable Lewis T. Babcock, United States District Judge, on March 11 2008, it is

ORDERED that the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim is granted in part and denied in part; and as a result, Plaintiff's Verified Class Action Complaint and Jury Demand is dismissed with prejudice.

IT IS FURTHER ORDERED that judgment is entered for Defendants and against the Plaintiffs and the Verified Class Action Complaint and Jury Demand is dismissed with prejudice.

IT IS FURTHER ORDERED that Defendants are awarded costs upon the filing of a Bill of Costs with the Clerk of the Court within ten days entry of judgment.

Dated at Denver, Colorado this  25th  day of March 2008.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By s/Charlotte Hoard
                   Charlotte Hoard, Deputy Clerk