**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01742-LTB-BNB

JACK J. GRYNBERG d/b/a GRYNBERG PETROLEUM COMPANY, individually and on behalf of the class of all others similarly situated,

      Plaintiffs,

v.

GREY WOLF, INC.,
GREY WOLF HOLDINGS COMPANY,
GREY WOLF DRILLING COMPANY, LP.,

      Defendants.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiffs' Motion to Strike Portions of Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Attorneys Fees or, in the Alternative, for Leave to File a Response to the Reply (Doc 47 - filed April 17, 2008) is GRANTED IN PART. Plaintiffs may file a response to the reply **on or before May 1, 2008**. Said response shall not exceed 15 pages.


Dated: April 21, 2008
___